UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

| | |
|---|---|
| SEMAR VENTURES, LLC, a Nevada Limited Liability company, and JOSEPH MATYASIK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THORNBURG MORTGAGE SECURITIES TRUST 2007-3, MORTGAGE BACKED NOTES, SERIES 2007-3, a Delaware Trust; NATIONSTAR MORTGAGE LLC, a Delaware limited liability company authorized to do business in California, and doing business as MR. COOPER; VYALLA HOME INC., a California corporation; FELIPE ALVAREZ, an individual; JUSTIN MICHAEL POTIER, an individual; XOME INC., a Delaware corporation, authorized to do business in California; CAPE FRIO 16, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No. 8:20-cv-02238-CJC-(JDEx)<br><br>[Dist. Judge Cormac J. Carney]<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS** |

The Court entered an Order **DISMISSING** the First Amended Complaint **WITH PREJUDICE** as to Plaintiffs' first six causes of action for failure to state a claim upon which relief may be granted on April 30, 2021, and allowing Plaintiffs leave to amend the First Amended Complaint only as to Plaintiffs' negligent and intentional infliction of emotional distress claims. The Court entered an Order **DISMISSING** the Second Amended Complaint **WITH PREJUDICE** for failure to state a claim upon which relief may be granted on June 16, 2021. The Court entered an Order **GRANTING** the Motion to Expunge Lis Pendens on June 16, 2021.

**IT IS HEREBY ADJUDGED** that Plaintiffs' Second Amended Complaint is dismissed without leave to amend and this action is dismissed—with prejudice—in favor of Defendants and against Plaintiffs.

**IT IS HEREBY ADJUDGED** that the lis pendens recorded in the Orange County Recorder's Office on November 30, 2020, as document number 2020000695032 is hereby expunged.

Dated: July 1, 2021

_____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE